## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **BATRAZ GAEV,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-111-G** |
| | ) | |
| **TODD LYONS et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ENTER ORDER:**

The Court's STRIKES the motion for relief from local counsel requirement. Doc. 5. Petitioner's counsel filed it in the wrong case.

By direction of Magistrate Judge Suzanne Mitchell, we have entered the above enter order.

JOAN KANE, CLERK


By:   s/Marlene Whelan
Deputy Clerk